SQUIRES *v.* MILLER.

Error to Ingham; Wiest, J. Submitted October 11, 1912. (Docket No. 33.) Decided March 20, 1913.

Case by Clyde Squires by his next friend against the Michigan Bonding & Surety Company for the unlawful killing of plaintiff's father while under the influence of intoxicants sold by a liquor dealer for whom defendant was surety. Judgment for defendant. Plaintiff brings error. Reversed.

*William M. Smith,* for appellant.

*A. F. Bunting,* for appellee.

MCALVAY, J. The questions involved in this case are identical with those passed upon by this court in the case of *Squires* v. *Miller,* reported in 173 Mich. 304 (138 N. W. 1062).

The judgment is therefore reversed, and the case remanded to the trial court, with directions to enter judgment in accordance with the conclusions in the opinion in that case.

STEERE, C. J., and MOORE, BROOKE, KUHN, STONE, OSTRANDER, and BIRD, JJ., concurred.